IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:09-cv-0065 |
| | ) | REQUEST TO ENTER DEFAULT OF |
| | ) | MALIK ZULU SHABAZZ |
| NEW BLACK PANTHER PARTY | ) | (Fed. R. Civ. P. 55(a)) |
| FOR SELF-DEFENSE, an | ) | |
| unincorporated association, MALIK ZULU | ) | |
| SHABAZZ, MINISTER KING SAMIR | ) | |
| SHABAZZ aka MAURICE HEATH, and | ) | |
| JERRY JACKSON, | ) | |
| | ) | |
| Defendants. | ) | |

REQUEST FOR ENTRY OF DEFAULT

TO:   Michael E. Kunz, Clerk of Court
      United States District Court for the Eastern District of Pennsylvania

The United States requests that the Clerk of this Court enter the default of Defendant Malik Zulu Shabazz for failure to plead or otherwise defend in a timely manner, as provided by Federal Rule of Civil Procedure 55(a).

This request is based on the attached Declaration of J. Christian Adams which shows:

1.   Defendant Malik Zulu Shabazz was served with the Summons and Complaint on January 28, 2009.

2.   The Affidavit of Service filed with this Court on January 29, 2009, establishes that service was proper under Federal Rule of Civil Procedure 4(e)(2)(A).

3.   Defendant Malik Zulu Shabazz has failed to plead or otherwise respond to the Complaint.

    4.       The applicable time limit for responding has expired.

    5.       Defendant Malik Zulu Shabazz is not an infant, nor an incompetent person, nor in the military service of the United States.

Dated: April 1, 2009.

                                      Respectfully submitted,

                                      s/ Spencer R. Fisher
                                    SPENCER R. FISHER
                                    Trial Attorney
                                    United States Department of Justice
                                    Civil Rights Division, Voting Section
                                    950 Pennsylvania Avenue, N.W.
                                    NWB - Room 7146
                                    Washington, D.C.  20530
                                    202-305-0015 phone
                                    202-307-3961 fax
                                    spencer.fisher@usdoj.gov

CERTIFICATE OF SERVICE

I certify that, prior to 5:00 p.m. on April 1, 2009, a true and correct copy of the foregoing Request to Enter Default of Malik Zulu Shabazz and attached Declaration of J. Christian Adams, was placed in the United States mail, in a properly-addressed envelope, with first-class postage duly paid and affixed to the envelope, and with the envelope addressed to the following non-CM/ECF participants:

1. Malik Zulu Shabazz
   Defendant
   Chairman, New Black Panther Party for Self-Defense, an unincorporated association
   4043 Clay Place
   Washington, DC 20019

2. Jerry Jackson
   Defendant
   813 N. Parks St.
   Philadelphia, PA 19123

3. Minister King Samir Shabazz a/k/a Maurice Heath
   Defendant
   1522 S. 20th Street
   Philadelphia, PA 19146

This Certificate was executed on April 1, 2009 at Washington, DC.

                                                  s/ Spencer R. Fisher
                                                  SPENCER R. FISHER
                                                  Trial Attorney
                                                  United States Department of Justice
                                                  Civil Rights Division, Voting Section
                                                  950 Pennsylvania Avenue, N.W.
                                                  NWB - Room 7146
                                                  Washington, D.C.  20530
                                                  202-305-0015 phone
                                                  202-307-3961 fax
                                                  spencer.fisher@usdoj.gov