IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:09-cv-0065 |
| | ) | REQUEST TO ENTER DEFAULT OF |
| | ) | NEW BLACK PANTHER PARTY FOR |
| | ) | SELF-DEFENSE |
| NEW BLACK PANTHER PARTY | ) | (Fed. R. Civ. P. 55(a)) |
| FOR SELF-DEFENSE, an | ) | |
| unincorporated association, MALIK ZULU | ) | |
| SHABAZZ, MINISTER KING SAMIR | ) | |
| SHABAZZ aka MAURICE HEATH, and | ) | |
| JERRY JACKSON, | ) | |
| | ) | |
| Defendants. | ) | |

REQUEST FOR ENTRY OF DEFAULT

TO:    Michael E. Kunz, Clerk of Court
        United States District Court for the Eastern District of Pennsylvania

The United States requests that the Clerk of this Court enter the default of Defendant New Black Panther Party for Self-Defense for failure to plead or otherwise defend in a timely manner, as provided by Federal Rule of Civil Procedure 55(a).

This request is based on the attached Declaration of J. Christian Adams which shows:

1.    Defendant New Black Panther Party for Self-Defense was served with the Summons and Complaint on January 28, 2009.

2.    The Affidavit of Service filed with this Court on January 29, 2009, establishes that service was proper under Federal Rule of Civil Procedure 4(h)(1)(B).

3.    Defendant New Black Panther Party for Self-Defense has failed to plead or

otherwise respond to the Complaint.

    4.       The applicable time limit for responding has expired.

    5.       Defendant New Black Panther Party for Self-Defense could not be an infant, nor an incompetent person, nor in the military service of the United States.

Dated: April 1, 2009.

                                Respectfully submitted,

                                s/ Spencer R. Fisher
                                SPENCER R. FISHER
                                Trial Attorney
                                United States Department of Justice
                                Civil Rights Division, Voting Section
                                950 Pennsylvania Avenue, N.W.
                                NWB - Room 7146
                                Washington, D.C.  20530
                                202-305-0015 phone
                                202-307-3961 fax
                                spencer.fisher@usdoj.gov

CERTIFICATE OF SERVICE

       I certify that, prior to 5:00 p.m. on April 1, 2009, a true and correct copy of the foregoing Request to Enter Default of New Black Panther Party for Self-Defense and attached Declaration of J. Christian Adams, was placed in the United States mail, in a properly-addressed envelope, with first-class postage duly paid and affixed to the envelope, and with the envelope addressed to the following non-CM/ECF participants:

1.     Malik Zulu Shabazz
   Defendant
   Chairman, New Black Panther Party for Self-Defense, an unincorporated association
   4043 Clay Place
   Washington, DC 20019

2.     Jerry Jackson
   Defendant
   813 N. Parks St.
   Philadelphia, PA 19123

3.     Minister King Samir Shabazz a/k/a Maurice Heath
   Defendant
   1522 S. 20th Street
   Philadelphia, PA 19146

       This Certificate was executed on April 1, 2009 at Washington, DC.

       s/ Spencer R. Fisher
SPENCER R. FISHER
Trial Attorney
United States Department of Justice
Civil Rights Division, Voting Section
950 Pennsylvania Avenue, N.W.
NWB - Room 7146
Washington, D.C.  20530
202-305-0015 phone
202-307-3961 fax
spencer.fisher@usdoj.gov