IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:09-cv-0065 |
| ) | |
| ) | |
| NEW BLACK PANTHER PARTY ) | |
| FOR SELF-DEFENSE, an ) | |
| unincorporated association, MALIK ZULU ) | |
| SHABAZZ, MINISTER KING SAMIR ) | |
| SHABAZZ aka MAURICE HEATH, and ) | |
| JERRY JACKSON, ) | |
| ) | |
| Defendants. ) | |

**RULE 41(a)(1)(A) NOTICE OF DISMISSAL**

NOW COMES the Plaintiff, the United States, pursuant to Fed. R. Civ. P. 41(a)(1)(A) and files this Notice of Dismissal of the above action and states as follows:

1. The Defendants New Black Panther Party for Self Defense, Malik Zulu Shabazz, and Jerry Jackson have not filed an answer or motion for summary judgment. These same Defendants have made no appearance and have filed no pleadings with the Court. Nor have they otherwise raised any other defenses to this action. Therefore, the United State has the right under Fed. R. Civ. P. 41(a)(1)(A) to dismiss voluntarily this action against the Defendants: New Black Panther Party for Self Defense, Malik Zulu Shabazz, and Jerry Jackson.

2. The United States dismisses the claims against these Defendants without prejudice.

3. This dismissal does not extend to Defendant Minister King Samir Shabazz.

WHEREFORE, the United States, pursuant to Fed. R. Civ. P. 41(a)(1)(A), files this voluntary dismissal and hereby dismisses the instant action against the Defendants New Black Panther Party for Self Defense, Malik Zulu Shabazz, and Jerry Jackson, without prejudice.

    Respectfully submitted,
LORETTA KING
Acting Assistant Attorney General

CHRISTOPHER COATES
Chief, Voting Section

ROBERT D. POPPER
Deputy Chief

 s/ Spencer R. Fisher
J. CHRISTIAN ADAMS
SPENCER R. FISHER
Attorneys
United States Department of Justice
Civil Rights Division, Voting Section
950 Pennsylvania Avenue, N.W.
NWB - Room 7146
Washington, D.C.  20006
202-305-0015 phone
202-307-3961 fax
spencer.fisher@usdoj.gov