IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:09-cv-0065 SD |
| | ) | |
| | ) | |
| MINISTER KING SAMIR | ) | |
| SHABAZZ aka MAURICE HEATH, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**PROPOSED DEFAULT JUDGMENT ORDER**

This matter came before the Court on Plaintiff's application for entry of a default judgment against Defendant, Minister King Samir Shabazz, under Rule 55(b)(2) of the Federal Rules of Civil Procedure. After having considered the arguments and authorities submitted by the Plaintiff, the Court finds as follows:

1. A default was entered by the Clerk of the Court against Defendant Minister King Samir Shabazz on April 2, 2009.

2. Defendant is not a minor, nor an incompetent person, nor a member of the military service of the United States.

3. Defendant did not appear or otherwise defend in this action.

THEREFORE, IT IS ADJUDGED AND ORDERED that:

I.

Defendant violated Section 11(b) of the Voting Rights Act, 42 U.S.C. § 1973i(b), on November 4, 2008, because his actions at the polling place located at 1221 Fairmont Street, Philadelphia, Pennsylvania, coerced, threatened or intimidated voters, or those urging or aiding voters to vote; or were an attempt to coerce, threaten, or intimidate voters, or those urging or aiding voters to vote.

II.

Defendant Minster King Samir Shabazz is enjoined from displaying a weapon within 100 feet of any open polling location on any election day in Philadelphia, Pennsylvania, or from otherwise engaging in coercing, threatening, or intimidating behavior in violation of Section 11(b) of the Voting Rights Act, 42 U.S.C. § 1973i(b).

III.

This Court shall maintain jurisdiction over this matter until November 15, 2012, to enforce this Order, and to award such other equitable and further relief as the Court deems just and proper.

IT IS SO ORDERED this _____ day of _____, 2009.

_____
United States District Judge