```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA         :        CIVIL ACTION
                                 :
        v.                       :
                                 :
THE NEW BLACK PANTHER PARTY      :
FOR SELF-DEFENSE, et al.         :        NO. 09-65
```

                        JUDGMENT

AND NOW, this 18th day of May, 2009, in accordance with the accompanying Order, and the Court having this day granted the Government's motion for default judgment, JUDGMENT IS ENTERED in favor of the United States of America and against Minister King Samir Shabazz, enjoining Minister King Samir Shabazz from displaying a weapon within 100 feet of any open polling location on any election day in the City of Philadelphia, or from otherwise violating 42 U.S.C. § 1973i(b).


                                BY THE COURT:

                                /s/ Stewart Dalzell, J.